# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&H KAYE ENTERPRISES, L.P., a California limited partnership; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FLOYD SPILMAN, an individual; MAGNA PLATING COMPANY, a California corporation; and Does 1-10, inclusive, <br><br> Defendants. | CASE NO. CV06-3590CAS (PLAx) <br><br> Hon. Christina A. Snyder <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MAGNA-PLATING CO., a California corporation, *et al.* <br><br> Counter-Claimants, <br><br> vs. <br><br> R&H KAYE ENTERPRISES, L.P., a California limited partnership, *et al.,* <br><br> Counter-Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice in the above-entitled action;

1  IT IS THEREFORE ORDERED that the case of *R&H Kaye Enterprises, L.P. et al. v. Floyd Spilman, et al.*, Case No. CV06-3590CAS (PLAx), including the Counterclaims, is dismissed with prejudice.  Each party to bear its own respective fees and costs.  All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

Dated: July 31, 2014

Christina A. Snyder
United States District Judge

USW 804613416.2

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On July 30, 2014, I served the **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 30, 2014 at Los Angeles, California.

                                        */s/ Pamela A. Coates*
                                        Pamela A. Coates

# SERVICE LIST

The following CM/ECF participants were served by electronic means on July 30, 2014 by the Court's ECF system:

| | |
|---|---|
| Gary K. Brucker | gbrucker@mckennalong.com, lvaldez@mckennalong.com, hschlaefli@mckennalong.com, lwhitaker@mckennalong.com |
| Kenneth A. Ehrlich | kehrlich@elkinskalt.com |
| Paul A. Kroeger | pkroeger@raklaw.com, lcdiaz@raklaw.com |
| Jean-Paul M. Menard | jp@jpmenardlaw.com |
| Michael J. Stiles | mstiles@stileslawgroup.com |